IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCUS ALLEN**                                                                  **PETITIONER**

**v.**                      **Case No. 2:22-cv-00183-KGB-ERE**

**JOHN P. YATES**                                                   **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied.

So adjudged this 5th day of March, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge